JOHN DEM ex dem ISAAC BRONSON v. ISAAC TAYLOR.

After judgment the record in the action of ejectment may be amended by enlarging the time of the demise, laid in the declaration, which had expired, for the purpose of carrying the judgment into effect.

This was an ejectment commenced in September, 1826, in which a judgment was obtained in November, 1828; but no execution had been issued, or change of possession taken place, and the time of the demise laid in the declaration (seven years) had expired.

*Saxton* for the plaintiffs now moved to amend the record, by enlarging the time from *seven* to *seventeen* years, for the purpose of carrying the judgment into effect. He cited 1 *Pen. R.* 50 ; 2 *South. R.* 850 ; 5 *Halst. R.* 222; *Cowp. R.* 841.

BY THE COURT. The amendment is proper. Take a rule accordingly.

CITED in *Den* v. *Folger, Spencer,* 303.